IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02984-ZLW-CBS

KAREN MOGILL,

    Plaintiff,

v.

R.I. HERITAGE INN OF WESTMINSTER, INC., a North Dakota corporation; and
THARALDSON PROPERTY MANAGEMENT, INC., a North Dakota corporation,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice (Doc. No. 15; May 27, 2010), it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.

    DATED at Denver, Colorado this 1st day of June, 2010.

                            BY THE COURT:

                            _____
                            ZITA LEESON WEINSHIENK, Senior Judge
                            United States District Court